**UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF VIRGINIA**
**ROANOKE DIVISION**

| In re: TERESA LEANNE TURNER | CHAPTER 13 |
|---|---|
| Debtor(s) | CASE NO. 09-70729-RKR |

### OBJECTION TO CLAIM(S); ORDER AND NOTICE OF OPPORTUNITY FOR HEARING

The undersigned movant objects to the following claims for the reasons stated:

| CLAIM NO. | NAME AND ADDRESS OF CLAIMANT | AMOUNT | OBJECTIONS |
|---|---|---|---|
| 10 | BAC Home Loans Servicing, LP<br>7105 Corporate Drive PTX-B-209<br>Plano, PX 75024 | $ 6,866.58 | Inadequate Documentation<br>Claimant is not the Creditor |

WHEREFORE, the undersigned prays that the Court, after notice and an opportunity for hearing, sustain the objection(s) or make other determination as is appropriate.

DATED:  August 19, 2009                                             /s/ Mark S. Lewis, Esq.
                                                                                             MOVANT  (and address)
                                                                                      Southwest Virginia Legal Aid Society
                                                                                      155 Arrowhead Trail Christiansburg, VA. 24073

---

It appearing to the Court proper so to do, it is ORDERED that claimants shall have thirty (30) days from the date of service of this order to file with the United States Bankruptcy Court at the address shown below, and serve upon the Movant at the address given above and the trustee, if the trustee is not the Movant, a written response to said objection(s), and, absent same, claimant shall be in default and the Movant may tender an Order sustaining the objection without further notice or hearing.

If claimant timely files a response to the Movant's objections and requests a hearing upon same, a hearing shall be held in the United States Bankruptcy Courtroom,  2nd. Flr., 210 Church Ave., Roanoke, VA. 24011

_____, Virginia, on   October 8, 2009                                   , at      3:00   o'clock,  P  M. upon the Movant's objection to claim and claimants response thereto. The claimant must be present in person, or represented by counsel at said hearing.

The Movant shall serve a copy of this order, within five (5) days of the date of this order, upon all claimants and certify service in writing to the Court.

DATED: August 19, 2009                                             /s/ Ross W. Krumm
                                                                                     **UNITED STATES BANKRUPTCY JUDGE**

---

---I hereby certify that I have this date mailed a true copy of the foregoing objection and order to all claimants, or to their counsel, to the trustee, and to counsel for the debtor(s) in this case.

DATED: _____                                /s/ Mark S. Lewis, Esq.
                                                                                             MOVANT

Clerk, U.S. Bankruptcy Court
P.O. Box 2390
Roanoke, VA. 24010

NOTE:  Before mailing, the movant shall contact the Courtroom Deputy for this Court at 540-857-2391 to obtain a hearing date.

ochnr.frm